United States District Court
Northern District of New York

Julio Nova

　　　　Plaintiff

　－vs－

Randal Smith, et al.,

　　　　Defendants



Objection to Decision
& Order of Hon. Therese
Wiley Dancks Pursuant
to Fed. R. Civ. P. 72(a)

Case No. 19-cv-0072

Sirs:

　PLEASE TAKE NOTICE, that the annexed affirmation of Julio Nova,
do hereby make his objections to Decision & Order of Hon. Therese
Wiley Dancks in regards to Fed. R. Civ. P. 72(a)

　This Court Decision & Order dated: January 30th, 2020, is an abuse
of discretion which determination was made in violation of law procedure

　The Judge Decision & Order is an abuse of discretion which
determination was made in violation of law procedure for four (4) reasons
(1) The Plaintiff's Julio Nova Supervisory Liability Claim was not addressed
(2) The Plaintiff's Julio Nova Racial Discrimination under 42 U.S.C. 3 1981 was
implemented in the Judge's Decision & Order (3) the Plaintiff's Julio Nova
the Plaintiff's Julio Nova Motion Leave to Amend was erroneously accepted
by the court as the proposed amended complaint (4) and final, the plaintiff's
Julio Nova Spoliation of Evidence claim was adequately pled. Hon. Therese
Wiley Dancks is extremely bias. I object !!!

Dated: County of Wyoming
　　　　February 13th, 2020

Julio Nova #02-A-23-15
Attica Correctional Facility
639 Exchange Street
Attica, New York 14011

Page 1 of 1

United States District Court
Northern District of New York

Julio Nova

             Plaintiff

   - vs -

Randal Smith, et al.,

             Defendants

Affirmation in Support
of Plaintiff's Objection
to Court Decision &
Order
Case No. 19-CV-0072

State of New York)
County of Wyoming)

Julio Nova, being duly sworn under penalty of perjury said:

I am the plaintiff in the above-entitled action and I am over 18 years of age.

I am familiar with all of the facts and circumstances heretofore. wherefore, although I am presently familiar with all the facts and statements herein stated to the best of my knowledge, information and belief, I am a lay person in matters of law and seeks to object pursuant to Fed. R. Civ. P. 72(a)

The basis for plaintiff's objection are: Report-Recommendation dated January 30th, 2020, fails to (1) address plaintiff's Supervisory Liability claim (2) address plaintiff's Racial Discrimination claim (3) the court erroneously accepted plaintiff's Motion Leave to Amend as the proposed amended complaint (4) and last, plaintiff's Spoliation of Evidence should have been considered properly pled.

It is significant to note, that the Northern District
of New York is under a culture in which all correction em-
ployees are shielded from liability. For high and lower-ranking
officers, bad behavior is ignored or cover up, by Judges, on
a regular basis, and certain officials who should be found
liable can avoid liability with the help of Judges. Discrimination
have shadowed this District for years if not decades. This
litigation along can cite numerous of bad behavior coverup,
by Hon. Therese Wiley Dancks, confronting the sprawling
Court as it detailed ongoing problems while pursuing this
litigation. Majority of correction officers deemed liable under
federal law were shuffled around, commended, awarded,
promoted or even allowed to retire with a clean record
and full benefits before any liability could apply. This case
shows how the entire process was intentionally delayed
to allow testimony and evidence to discard. Such arbitrary,
whimsical, capricious, and spiteful red herring tactics
used by Hon. Therese Wiley Dancks to circumvent providing
plaintiff with a timely written deposition, is a good example
of a waste of Judicial resources. The Judge's conduct is
a breach of duty and not the exercise of a Federal Judge
function. The record shows that the injuries and damages
caused to plaintiff resulted from wrongdoing and reckless-
ness on the part of all defendants, yet the Court continues
to turn they backs to this plaintiff's constitutional rights.

## I. Plaintiff's First Objection

The basis for this objection is:

This court Decision & order dated: January 30th 2020, was made in violation of lawful procedure, and clear erroneous.

This court failure to address plaintiff's claim as to supervisory Liability claim is a plain error. The defendant Woodruff's misconduct was so egregious that it was "repugnant to a sense of justice", and the treatment that was meted-out to plaintiff's Julio Nova is cruel and unusual punishment, to have been beat twice on the same date by defendant Willett deliberately, to strike terror in plaintiff's Julio Nova heart, and distroy evidence in order to conceal the truth is outrageous. This type of enforcement, had been totally surrendered to private parties whom were manipulating the law for pure private purposes. This abuse of legal system may be viewed as a set of interorganizational exchange, relationships analogous to a... community game. The participants in the legal system (Game) share a common territorial filed and collaborate for different and particular ends. They interact on a continuing basis as their responsibilities demand contact with other participants in the process, thus the need for the cooparation of other participants can have a bearing on the

decision to dismiss this cause of action/complaint

## II. Plaintiff's Second Objection

The basis for this objection is:

This Court Decision & Order dated: January 30th, 2020, was made in violation of lawful procedure and clear erroneous.

The plaintiff having established a cause of action previously under 42 U.S.C. § 1981 (racial discrimination) now seeks further indulgence as to reason for such claim not implemented in this Court Decision & Order. This court should examine such clear erroneous exclusion of this cause of action

## III. Plaintiff's Third Objection

The basis for this objection is:

This Court Decision & Order dated: January 30th, 2020, was made in violation of lawful procedure and clear erroneous.

This court erroneously considered plaintiff's motion Leave to Amend as the proposed amended complaint. Although plaintiff did titled his motion "Leave to Amend" the court should have known that in a letter addressed to the court, where plaintiff made a clear typographical error when called motion Leave to amend as the proposed amended complaint, plaintiff had to have made a typographical error, because, the motion

leave to amend named but two defendants in the motion caption, not to mention that it didn't illustrate a relief sough nor claim for relief

IV. Plaintiff's Fourth Objection
The basis for this objection is:

This cour Decision & Order dated: January 30th 2020, is an abuse of discretion which determination was made in violation of lawful procedure, was affected by an error of law and is arbitrary and capricious.

Although plaintiff's pleading under spoliation of evidence clearly pleads ultimate facts, the court denied plaintiff the opportunity to establish a cause of action under spoliation of evidence. Not did only plaintiff plead the facts showing a legal righth, but also a wrong as required by code of pleading. The pleadings in plaintiff's motion for leave to amend clearly shows that he has utilize the standard of a short and plain statement of his spoliation of evidence claim clearly showing entitlement to some relief, yet this court failed to recognize the liberal construed pleading rule.

Dated: County of Wyoming
February 13th, 2020

Julio Nore #02-A-23-15
Attica correctional Facility
639 Exchange street
Attica, New York 14011

cc: file
Encl: Affidavit of Service          Page 5 of 5

**AFFIDAVIT OF SERVICE**     CASE NO. 19-CV-0072

STATE OF NEW YORK )
COUNTY OF WYOMING )

_____Julio Nova_____, being duly sworn, deposes and says:

that on this 13th day of ____February____, 20 20 , I have served true and exact

copies of the foregoing documents: ___Motion for objections to Decision___

_& Order dated: January 30th, 2020 ; Six pages in total_

_____

upon the below listed person(s), to wit: _____

_____     John F. Moore

_____     Asst. Atty. Gen.

_____     State of New York

_____     The Capitol

_____     Albany, NY 12224

by placing same in postage prepaid envelopes and depositing in the U.S. Mail at Attica

Correctional Facility.

DATED: _February 13th_, 20 20

Yours etc.

_____

Attica Correctional Facility
P.O. Box 149
Attica, New York 14011

SWORN TO THIS 13

DAY OF February , 20 20

_____

NOTARY PUBLIC

BRIAN HEMBROOK
NOTARY PUBLIC-STATE OF NEW YORK
No. 01HE6342568
Qualified In Erie County
My Commission Expires 05-31-2020

ATTICA CORRECTIONAL FACILITY
BOX 149
ATTICA, NEW YORK 14011-0149
NAME: Julio Nova

DIN: H09-A-3245

Legal Mail

Clerk, U.S. District Court
P.O. Box 7367
100 South Clinton Street
Syracuse, New York 13261

13261 $9211 C000

CORRECTIONAL FACILITY

☆

ATTICA

NEOPOST
02/18/2020
US POSTAGE $000.65⁰
FIRST-CLASS MAIL

ZIP 14011
041M11284163

FEB 20 2020

U.S. DISTRICT COURT
N.Y.N.D. CLERK
RECEIVED