MANDATE

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of October, two thousand twenty-one,

Julio Nova,

      Plaintiff - Appellant,

v.

Sergeant Randal Smith, Upstate Correctional Facility, Corrections Officer Jamie J. Willett, Upstate Correctional Facility, Dept. Superintendent Paul Woodruff, Upstate Correctional Facility, Richard Bond,

      Defendants - Appellees.

**ORDER**

Docket No. 21-2021

A notice of appeal was filed on August 05, 2021. Appellant was notified of the requirement that a Prisoner Authorization Form must be filed with the Court, properly signed and without alteration within 45 days of the date of the notice pursuant to 28 USC § 1915(b). The Prisoner Authorization Form was due to be filed October 04, 2021.

Appellant is in default of filing the prisoner authorization form.

IT IS HEREBY ORDERED that this appeal will be dismissed effective October 27, 2021 if the Prisoner Authorization Form is not filed with the Court by that date. Any motions pending prior to the date of dismissal will be deemed moot.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 12/27/2021