

**STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL**

LETITIA JAMES  
Attorney General

STATE COUNSEL DIVISION  
Litigation Bureau

Writer Direct: (518) 776-2293

June 12, 2023

**VIA ECF**
Hon. Glenn T. Suddaby, U.S. District Judge
Federal Building and U.S. Courthouse
P.O. Box 7367
Syracuse, NY 13261-7367

Re:   *Nova v. Smith, et al.*
      19-CV-0072 (GTS-TWD)

Dear Judge Suddaby:

    This office represents Defendants in this prisoner litigation. This is a joint status report on behalf of the parties, as required by the Court's order at Dkt. 197.

    This office has completed the approval process for settlement authority. I have consulted with Plaintiff's assigned counsel Ms. Kosineski, and the parties agree that a settlement conference would be beneficial, prior to setting a trial date.

    Thank you for your kind consideration to this status report.

    Respectfully yours,

    s/ *John F. Moore*

    John F. Moore, A.A.G., of Counsel
    Bar Roll # 105188
    Office of the Attorney General, Litigation Bureau
    Attorney for Defendants
    The Capitol
    Albany, New York 12224-0341
    Phone: (518) 776-2293
    Email: John.Moore@ag.ny.gov

cc: **Julia Virginia Kosineski**
Schenectady County Public Defender
519 State Street
Schenectady, NY 12305
518-225-6747
Email: julia.kosineski@schenectadycounty.com