Clerk U.S. District Court
United States Court House
P.O. Box 7367
100 S. Clinton Street
Syracuse, New York 13261

July 20,2023

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JUL 27 2023
AT_____O'CLOCK_____
John M. Domurad, Clerk - Syracuse

Re: Change of address/Nova v. Smith,et al.
Case#19-cv-0072

Dear Clerk:

I am providing the court with notice of my change of address as well Assistant Attorny General **John Moore**:

        Green Haven
        Corr. Fac.
    594 Routr 216
Stormville, New York 12582

Thak you for your time and cooperation in my request.

Sincerely,

jULIO hOVA#02-a-2345
Green Haven CoRr. Fac.
594 Route 216
Stormville, New yORK 12582

CC/file
John F. Moore
Assistant Attorney General

**GREEN HAVEN CORRECTIONAL FACILITY**
P.O. BOX 4000
STORMVILLE, NEW YORK 12582-4000

NAME: Julio Nova   DIN: #02·A·2345


GREEN HAVEN
CORRECTIONAL FACILITY

NEOPOST      FIRST CLASS MAIL
07/24/2023
US POSTAGE $000.63⁰


ZIP 12582
041M11466608

Clerk, U.S. District Court
United States Courthouse
P.O. Box 7367
Syracuse, New York 13261


U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK

JUL 27 2023

RECEIVED

Legal Mail

132617367 B001